UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GKN DRIVELINE NEWTON LLC,

    Plaintiff,

v.

Case No. 21-cv-11945
Hon. Matthew F. Leitman

ELECTRICFIL DE MEXICO S.A. DE C.V.,

    Defendant.

_____/

### **ORDER DENYING DEFENDANT'S MOTION TO DISMISS (ECF No. 12)**

On April 26, 2022, Defendant Electricfil De Mexico S.A. De C.V. filed a Motion to Dismiss this action. (*See* Mot., ECF No. 12).  The Court held a hearing on that motion on January 17, 2023.  For the reasons stated on the record during that hearing, Defendant's Motion to Dismiss (ECF No. 12) is **DENIED**.  Defendant shall file an Answer to the Complaint by January 31, 2023, unless the Court, after hearing from the parties, extends the deadline to do so.

    **IT IS SO ORDERED.**

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  January 17, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 17, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
