UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GKN DRIVELINE NEWTON LLC,

    Plaintiff,

v.

Case No. 21-cv-11945
Hon. Matthew F. Leitman

ELECTRICFIL DE MEXICO
S.A. DE C.V., *et al.*,

    Defendants.
_____/

## ORDER CLOSING CASE

On January 22, 2025, the Court was informed by a mediator that the parties had jointly chosen that the parties had reached a settlement to their dispute. Based on the parties' settlement, this action is now **CLOSED**.

    **IT IS SO ORDERED.**

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated: March 31, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 31, 2025, by electronic means and/or ordinary mail.

                              s/Holly A. Ryan
                              Case Manager
                              (313) 234-5126